No. 41. CHOCTAW NATION ET AL. *v.* OKLAHOMA ET AL.; and

No. 59. CHEROKEE NATION OR TRIBE OF INDIANS IN OKLAHOMA *v.* OKLAHOMA ET AL. C. A. 10th Cir. [Certiorari granted, 394 U. S. 972.] Cases restored to calendar for reargument.

No. 153. MCMANN, WARDEN, ET AL. *v.* RICHARDSON ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 813.] Motion of District Attorney of New York County for leave to participate in oral argument as *amicus curiae* granted, and a total of 30 minutes allotted for that purpose. Counsel for respondents allotted an additional 30 minutes. *Frank S. Hogan* and *Michael R. Juviler* on the motion. *Gretchen White Oberman* in opposition.

No. 175. MORAGNE *v.* STATES MARINE LINES, INC., ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 900.] Motion of *Nathan Baker, pro se,* for leave to file a brief as *amicus curiae* granted. Motion of American Trial Lawyers Assn. for leave to file a brief as *amicus curiae* granted. *David B. Kaplan* on the latter motion.

No. 221. HICKEL, SECRETARY OF THE INTERIOR *v.* OIL SHALE CORP. ET AL. C. A. 10th Cir. [Certiorari granted, *ante,* p. 817.] Forty-five minutes allotted to each side for oral argument. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. 699, Misc. ROSS *v.* HARRISON, CORRECTIONS DIRECTOR, ET AL. Motion for leave to file petition for writ of mandamus denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, in opposition.